1 | Heather N. Fugitt (State Bar No. 261588)
hfugitt@jonesday.com
2 | JONES DAY
Silicon Valley Office
3 | 1755 Embarcadero Road
Palo Alto, CA  94303
4 | Telephone:    +1.650.739.3939
Facsimile:     +1.650.739.3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ETHRIDGE,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL.,<br><br>        Defendants. | Case No. 4:16-cv-06361-KAW<br><br>Assigned to:  Magistrate Judge Kandis A. Westmore<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On November 1, 2016, Plaintiff Timothy Ethridge ("Ethridge"), filed a Complaint in this action, one of many Complaints filed by Plaintiff's counsel on the same day.  Given the number of Complaints requiring a response from Experian at the same time, and in accordance with Local Rule 6-1(a), Ethridge and Experian have agreed to an extension for Experian to answer or otherwise respond to the Complaint to January 24, 2017.  To the extent that Experian files a motion to dismiss in this case, for the same considerations, Experian agrees that Plaintiff shall have 30 days to respond.  Experian will thereupon have 21 days for any reply.

Accordingly, IT IS HEREBY STIPULATED by and between Ethridge and Experian, that the deadline for Experian to answer or otherwise respond to the Complaint is extended until January 24, 2017, Plaintiff's deadline to respond to any motion to dismiss is extended to 30 days

1  from filing, and Experian's deadline to reply in support of a motion to dismiss is extended to 21
2  days from filing the opposition.
3
4  Dated:  November 23, 2016                 */s/ Elliot W. Gale*
                                             Elliot W. Gale (SBN 263326)
5                                            SAGARIA LAW, P.C.
                                             2033 Gateway Place, 5th Floor
6                                            San Jose, CA 95110
                                             Tele.:  (408) 279-2288
7                                            Fax:    (408) 279-2299
                                             Email:  egale@sagarialaw.com
8
                                             Attorneys for Plaintiff
9                                            Timothy Ethridge
10
11 Dated:  November 23, 2016                 */s/ Heather N. Fugitt*
                                             Heather N. Fugitt (State Bar No. 261588)
12                                           JONES DAY
                                             1755 Embarcadero Road
13                                           Palo Alto, CA  94303
                                             Tele.:  (650) 739-3939
14                                           Fax:    (650) 739-3900
                                             Email:  hfugitt@jonesday.com
15
16                                           Attorneys for Defendant
                                             Experian Information Solutions, Inc.
17
18                            **ECF CERTIFICATION**

    I, Heather N. Fugitt, hereby attest pursuant to N.D. Cal. General Order No. 45 that the
19
   concurrence to the filing of this document has been obtained from each signatory hereto.
20
    Executed this 23rd day of November, 2016, at Palo Alto, California.
21
22
                                             */s/ Heather N. Fugitt*
23                                           Heather N. Fugitt (State Bar No. 261588)
                                             JONES DAY
24                                           1755 Embarcadero Road
                                             Palo Alto, CA  94303
25                                           Tele.:  (650) 739-3939
                                             Fax:    (650) 739-3900
26                                           Email:  hfugitt@jonesday.com
27                                           Attorneys for Defendant
                                             Experian Information Solutions, Inc.
28

NAI-1502265115v1

- 2 -

JOINT STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
Case No. 4:16-cv-06361-KAW

1 **[PROPOSED] ORDER**

2   The Court, having considered the parties' Joint Stipulation for Extension of Time to
3 Respond to the Complaint, hereby Extend Experian Information Solutions, Inc. deadline to
4 answer or otherwise respond to the Complaint to January 24, 2017.

5 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

7 DATED: __11/28/16__

8                                                                    _/s/ Kandis Westmore_
                                                              The Honorable Kandis A. Westmore
9                                                             United States Magistrate Judge